1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  Case No. 2:13-CR-00292 JAM
                                   )
12                 Plaintiff,      )
                                   )
13       v.                        )
                                   )
14  LEE VANG,                      )
                                   )
15                 Defendant.      )
                                   )
16                                 )
                                   )  RELATED CASE ORDER
17  UNITED STATES OF AMERICA,      )
                                   )
18                 Plaintiff,      )
                                   )  Case No. 2:13-CR-00385 TLN
19       v.                        )
                                   )
20  TOU FUE LOR,                   )
                                   )
21                 Defendant.      )
                                   )
22

23      Examination of the above-entitled actions reveals that these
24  actions are related within the meaning of Local Rule 123 (E.D. Cal.
25  2005).  Accordingly, the assignment of the matters to the same
26  judge is likely to affect a substantial savings of judicial effort
27  and is also likely to be convenient for the parties.
28  ///

1  The parties should be aware that relating the cases under
2  Local Rule 123 merely has the result that these actions are
3  assigned to the same judge; no consolidation of the actions is
4  effected.
5  IT IS THEREFORE ORDERED that the action denominated 2:13-CR-
6  00385-TLN be reassigned to Judge John A. Mendez for all further
7  proceedings, and any dates currently set in this reassigned case
8  <u>only</u> are hereby VACATED.  Henceforth, the caption on documents
9  filed in the reassigned cases shall be shown as 2:13-CR-00385-JAM.
10 IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of criminal cases to
12 compensate for this reassignment.
13 IT IS SO ORDERED.
14 Dated:  November 25, 2013

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE